Elizabeth Thomas, Plaintiff-Appellant, v. Central National Life Insurance Company, Defendant-Appellee.

Gen. No. 10,354.

Third District.

May 16, 1961.

Francis R. Wiley, for appellant; Albert E. Hurt, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.